UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID MICHAEL BUZZELL,<br><br>Petitioner,<br><br>v.<br><br>PATRICK GLEBE,<br><br>Respondent. | Case No. C10-1260-RAJ<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the briefs of the parties, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.
2. Petitioner's petition for writ of habeas corpus (Dkt. No. 9) is DENIED and this action is DISMISSED with prejudice.
3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his federal habeas petition.

ORDER DENYING PETITION FOR WRIT
OF HABEAS COPRUS - 1

4. The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 4th day of May, 2011.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR WRIT
OF HABEAS COPRUS - 2